IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TEDDY MORRIS                                                                                                PLAINTIFF

V.                                            NO. 3:05CV00230-JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                            DEFENDANT

JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 22nd day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE